UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALICIA CERON,**

       **Plaintiff,**

v.                                    **Case No:  6:15-cv-1037-Orl-41DAB**

**GLOBISER, INC. and GLORIA ARBOLEDA,**

       **Defendants.**

                                                  /

**ORDER**

THIS CAUSE is before the Court on the parties' Second Joint Motion for Approval of Settlement (Doc. 24), wherein the parties seek judicial approval to settle claims brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* Such claims may only be settled or compromised upon review of the settlement agreement by the district court, for fairness. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982). Here, the parties aver that, as part of the settlement, Plaintiff will receive the entirety of her claimed wages, as well as liquidated damages in an equal amount. (*See* First Joint Mot. Approval of Settlement, Doc. 20, at 2; Second Joint Mot. Approval of Settlement at 2). Additionally, the parties have submitted the Settlement Agreement (Doc. 24-1), which confirms the payment of such wages and that no non-cash concessions detract therefrom. Accordingly, the Court is satisfied that there is no compromise, and therefore, a fairness review is not required. *See Dees v. Hydradry, Inc.*, 706 F.

Supp. 2d 1227, 1240 (M.D. Fla. 2010). The FLSA claims will be dismissed with prejudice, along with the remaining claims.[1]

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement (Doc. 24) is **GRANTED**.
2. The Amended Complaint (Doc. 6) is **DISMISSED with prejudice**.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] As to the non-FLSA claims, the Court construes the Joint Motion as a stipulation filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).